AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court - Southern District of New York |
|---|---|
| DOCKET NO.<br>1-19-cv-11464    DATE FILED<br>12/13/2019 | |
| PLAINTIFF<br><br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br><br>JOHN DOE subscriber assigned IP address 68.173.134.53 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/S/ S. James | DATE<br>12/16/2019 |

**DISTRIBUTION:** 1) Upon initiation of action, mail copy to Register of Copyrights 2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights 3) Upon termination of action, mail copy to Register of Copyrights 4) In the event of an appeal, forward copy to Appellate Court 5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 43

**IP Address:** 68.173.134.53

**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 1 | E31F60BD5E91795F03011BF84A5C2B31E50C58B4 | 11/01/2019 06:11:56 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 2 | 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4 | 10/21/2019 01:54:50 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 3 | A135016A510AB51A73CB7894372786888014584A | 10/11/2019 23:51:26 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 4 | AF5E9F5A7C0F50A3A0CCCA08C875B36921047704 | 10/03/2019 17:57:24 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 5 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | 09/15/2019 05:43:33 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 6 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | 09/15/2019 05:38:43 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 7 | 7A496D6534DC2D202F8F0C60B122CAFF208959B3 | 09/15/2019 05:34:55 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 8 | B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43 | 09/15/2019 05:28:58 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 9 | 8E939F66D705AE3BCC217AFEC9FD8C8E2E1F0E4A | 09/15/2019 05:28:02 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 10 | FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A | 09/08/2019 10:22:34 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 11 | 56DCEECF670433E528CAF870134FB35521993324 | 08/26/2019 23:42:31 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 12 | 973A870D555049DC68BB9A3D667902BFC69FBD3D | 08/26/2019 23:36:37 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 13 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 08/26/2019 23:33:50 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 14 | A72BE735D576B5D1698069C9E914BDF92FBB83F8 | 07/16/2019 00:31:49 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 15 | F088E9FE391D002A658FA69508945AB1351AD2BC | 07/16/2019 00:26:34 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 16 | 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A | 06/10/2019 04:25:33 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 17 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 06/10/2019 04:24:58 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 18 | 77537958D009D974B9970112342BCA232614C16F | 05/28/2019 03:18:33 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 19 | 72D20552EC68FDE350C82E540CCBB6C52AE159D1 | 05/19/2019 16:38:45 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 20 | F9B92290296A3DF4D4981A2EB881ECBD9591750C | 05/19/2019 16:36:25 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 21 | 5FA59DD2A87C8333BF37865F57F8DD8429250516 | 04/20/2019 20:38:00 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 22 | D306BA77FFF8FB1950408ABBB8A5B60FCC00B122 | 04/20/2019 20:35:21 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 23 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 04/06/2019 03:40:10 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 24 | A79E1BEA716422681872B46A4AC579C82B92D143 | 03/29/2019 03:56:06 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 25 | 92401415234E09F5E207409EF07B67BE7CD68634 | 03/25/2019 00:54:20 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 26 | B9435C0AF3A217983CC46775F006F9438187E556 | 03/22/2019 01:07:20 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 27 | D05819C62A357A346556467D990A191A22343714 | 03/22/2019 00:49:29 | Tushy | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 28 | 7A4F78A78AA9590A48E9F3066BB4B9F816CB95F7 | 03/18/2019 22:33:28 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 29 | CD6294A1E374A9314470B69751116A79B32C1E56 | 03/04/2019 07:15:27 | Blacked Raw | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 30 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | 03/04/2019 07:12:42 | Blacked Raw | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 31 | A890E0D79F6C5499009A42180B4D452FB4B71CE7 | 03/04/2019 07:12:32 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 32 | 06F79434931C13FC439AF646206E698DBF9E6913 | 03/04/2019 07:05:54 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 33 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | 03/04/2019 07:01:43 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 34 | 6104B7F50999C9346F73522A4B8CFC0684D6B48E | 03/04/2019 06:58:45 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 35 | 352D8D6F68451DBAD94635B8E4343E8D1632C261 | 03/04/2019 06:57:56 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 36 | 9264C9D45E80036BD18DE68536548EB844F78794 | 03/04/2019 06:56:42 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 03/04/2019 06:56:01 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 38 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | 03/04/2019 06:55:30 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 39 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | 03/04/2019 06:49:16 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 40 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | 03/04/2019 06:47:28 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 41 | 513CB9E61DF411524C28BF1037BEBE3541C067E2 | 03/04/2019 06:42:47 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 42 | 6A894BF3E216F8344B43B3F4799B2A8986EAF94A | 03/04/2019 06:41:57 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 43 | 44B182FA7FCBCCFF7DA0E1999AAEBC18BE1E73FA | 03/04/2019 06:39:48 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |